IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**MISC. NO. 1:08MC5**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| 515 CONCORD AVE., ANDERSON, SC; ROBERT B. CLARKSON | ) | |

**THIS MATTER** is before the Court on Defendant Robert B. Clarkson's "4th Motion for Return of Property," filed March 27, 2009.

Clarkson raises no new issues in his latest motion for return of property, filed pursuant to Fed. R. Crim. P. 41(g), that have not been previously addressed and decided by this Court.

**IT IS, THEREFORE, ORDERED** that Defendant Robert B. Clarkson's "4th Motion for Return of Property," is hereby **DENIED**.

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge