IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**MISC. NO. 1:08MC5**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **515 CONCORD AVE., ANDERSON,** ) | |
| **SC; ROBERT B. CLARKSON** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant Robert B. Clarkson's "Motion for New Trial on 4th Order," filed April 13, 2009, which the Court construes as a motion for reconsideration of the denial of his fourth motion for return of property. *See* **Order, filed April 3, 2009.**

The Court has reviewed Clarkson's newest motion and finds that it is totally without merit.

**IT IS, THEREFORE, ORDERED** that Defendant Robert B. Clarkson's "Motion for New Trial on 4th Order" is hereby **DENIED**.

Signed: April 16, 2009

Lacy H. Thornburg
United States District Judge